**Gwyn T. STONE, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 05–3019.

United States Court of Appeals, Federal Circuit.

Oct. 21, 2005.

Before NEWMAN, MAYER, and DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36

JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36